UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE PASSALACQUA, | ) | CASE NO. CV 12-2430 AG (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| CONNIE GIPSON, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is dismissed with prejudice.

DATED: September 30, 2014

_____
ANDREW J. GUILFORD
United States District Judge