UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE PASSALACQUA, | ) | CASE NO. CV 12-2430 AG (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| CONNIE GIPSON, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the action is dismissed without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: August 31, 2018

ANDREW J. GUILFORD
United States District Judge